**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HELEN PATRICIA DE LEON ANGEL, | No. 09-73380 |
| Petitioner, | Agency No. A074-819-998 |
| v. | |
| LORETTA E. LYNCH, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 21, 2015[**]

Before:    CANBY, BEA, and MURGUIA, Circuit Judges.

Helen Patricia De Leon Angel, a native and citizen of Guatemala, petitions

for review of the Board of Immigration Appeals' ("BIA") order denying her

motion to reopen removal proceedings.  Our jurisdiction is governed by 8 U.S.C.

§ 1252.  We review for abuse of discretion the BIA's denial of a motion to reopen.

_____

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

*Membreno v. Gonzales*, 425 F.3d 1227, 1229 (9th Cir. 2005) (en banc). We deny in part and dismiss in part the petition for review.

The BIA did not abuse its discretion in denying De Leon Angel's timely motion to reopen removal proceedings. *See id.* at 1229-30.

We lack jurisdiction to consider the new contentions that De Leon Angel raises for the first time in her opening brief. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004) (no jurisdiction over issues or claims not presented in administrative proceedings below).

We reject De Leon Angel's request for inclusion in the court's mediation program.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**